# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KRANOS CORPORATION, | Case No. 20-13144 |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that Creditors Nippon Sigmax CO., LTD, a Japanese corporation and; Sigmax Inc. a California corporation, by and though their undersigned attorneys, appears in this matter pursuant to Bankruptcy Rules 2002 and 9010 and sections 102(1), 342 and 1109(b) of the Bankruptcy Code and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

**FORTIS LLP**
Paul Shankman
Eric Hardeman
650 Town Center Drive Suite 1530
Costa Mesa, CA  92626
Telephone: 949-297-6009
Facsimile: 714-795-2995
PShankman@fortislaw.com
EHardeman@fortislaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application,

motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, and answering or reply papers whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to recoupments to which Pro Star is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Date: December 23, 2020

**FORTIS LLP**

By: */s/ Paul Shankman*
Paul Shankman
Eric Hardeman
650 Town Center Drive Suite 1530
Costa Mesa, CA  92626
Telephone: 949-297-6009
Facsimile: 714-795-2995
PShankman@fortislaw.com
EHardeman@fortislaw.com

*Attorneys for* Nippon Sigmax CO., LTD, and Sigmax Inc.