IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> KRANOS CORPORATION, *et al.*,[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 20-13144 (BLS) <br> (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, David W. Carickhoff, hereby certify that on February 2, 2021, I caused true and correct copies of the **Application of the Chapter 7 Trustee for an Order Authorizing Retention of Archer & Greiner, P.C. as Counsel to the Chapter 7 Trustee *Nunc Pro Tunc* to January 22, 2021** to be served on all parties named in the attached service list via electronic mail.

Dated:  February 2, 2021

  /s/  David W. Carickhoff
David W. Carickhoff (No. 3715)
300 Delaware Ave., Suite 1100
Wilmington, DE  19801
(302) 777-4350
(302) 777-4352 (fax)
dcarickhoff@archerlaw.com

*Proposed Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: Kranos Corporation (0195); Field to Field, Inc. (2509); Man in the Arena, Inc. (4753); Kranos RE Corporation (0143); Kranos IP Corporation (0238); Kranos IP II Corporation (8804); Kranos IP III Corporation (4356); Kranos Holding Corporation (5795); Kranos Intermediate Holding Corporation (5814); Kranos Acquisition Corporation (3662); and Kranos Diamond Sports, Inc. (8530).

**SERVICE LIST**

Office of The United States Trustee
Attn: Benjamin A. Hackman, Esq.
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801
Email: benjamin.a.hackman@usdoj.gov

Nippon Sigmax CO., LTD and Sigmax Inc.
c/o Fortis LLP
Attn:   Paul Shankman, Esq.
        Eric Hardeman, Esq.
650 Town Center Drive Suite 1530
Costa Mesa, CA 92626
Telephone: 949-297-6009
Facsimile: 714-795-2995
PShankman@fortislaw.com
EHardeman@fortislaw.com

Fanatics Licensing Management, LLC f/k/a
Fermata Partners, LLC
c/o White and Williams LLP
Attn: Marc S. Casarino, Esq.
600 N. King Street, Suite 800
Wilmington, Delaware 19899-0709
Telephone: (302) 467-4520
Fax: (302) 467-4550
E-mail: casarinom@whiteandwilliams.com

Fanatics Licensing Management, LLC f/k/a
Fermata Partners, LLC
c/o White and Williams LLP
Attn: Amy E. Vulpio, Esq.
1650 Market Street, 18th Floor
Philadelphia, PA 19103
Telephone: (215) 864-7000
Fax: (215) 789-7550
Email: vulpioa@whiteandwilliams.com

Cameron County
c/o Linebarger Goggan Blair & Sampson, LLP
Attn: Diane W. Sanders, Esq.
P.O. Box 17428
Austin, TX 78760-7428
Telephone: (512) 447-6675
Facsimile: (512) 443-5114
Email: austin.bankruptcy@publicans.com

American Express Travel Related
Services Company, Inc.
c/o Becket & Lee LLP
Attn: Shraddha Bharatia, Claims Administrator
PO Box 3001
Malvern, PA 19355-0701
Email: notices@becket-lee.com

220213369v1