IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KRANOS CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-13144 (BLS)<br>(Jointly Administered)<br><br>**Re: Dkt. No. 21** |

CERTIFICATE OF NO OBJECTION REGARDING
MOTION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER
AUTHORIZING THE CHAPTER 7 TRUSTEE TO (I) ABANDON CERTAIN
INVENTORY AND OTHER PERSONAL PROPERTY, AND (II) REJECT ANY
UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY

On January 29, 2021, Alfred T. Giuliano, the Chapter 7 Trustee ("Trustee"), filed the *Motion of the Chapter 7 Trustee for Entry of an Order Authorizing the Chapter 7 Trustee to (i) Abandon Certain Inventory and Other Personal Property, and (ii) Reject Any Unexpired Lease of Non-Residential Real Property* [Dkt. No. 21] (the "Motion").

Pursuant to the Notice filed with the Motion, objections to the Motion were to be filed and served no later than February 12, 2021 at 4:00 p.m. The deadline was extended for West Chester Fire Insurance Co. through February 18, 2021. West Chester Fire Insurance Co. indicated that it has no objection to the Motion. The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the Motion. The undersigned further certifies that he has caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: Kranos Corporation (0195); Field to Field, Inc. (2509); Man in the Arena, Inc. (4753); Kranos RE Corporation (0143); Kranos IP Corporation (0238); Kranos IP II Corporation (8804); Kranos IP III Corporation (4356); Kranos Holding Corporation (5795); Kranos Intermediate Holding Corporation (5814); Kranos Acquisition Corporation (3662); and Kranos Diamond Sports, Inc. (8530).

WHEREFORE, the Trustee respectfully requests that the Court enter the proposed Order in the form attached to the Motion.

Dated:  February 18, 2021              **ARCHER & GREINER, P.C.**

_/s/  David W. Carickhoff_
David W. Carickhoff (No. 3715)
300 Delaware Ave., Suite 1100
Wilmington, DE  19801
(302) 777-4350
(302) 777-4352 (fax)
dcarickhoff@archerlaw.com

*Proposed Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

220385773v1