

# Reid Law Office, LLC

2041 W. Iles Avenue, Suite A
Springfield, IL  62704
Telephone:  (217) 546-1001
Facsimile:  (217) 546-1771

Admitted in Illinois, Florida and Georgia

E-mail: david@reid-lawoffice.com
Website: www.reid-lawoffice.com

FILED 2021 FEB 19 AM 10:58 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

January 25, 2021

U.S. Bankruptcy Court
824 N. Market Street, 3rd Floor
Wilmington, Delaware 19801

    RE:    REQUEST TO BE ADDED TO ELECTRONIC CORRESPONDENCE LIST

| | |
|---|---|
| Debtor: | Kranos Corporation |
| Case No.: | 20-13144-BLS |
| | Chapter 7 – Filed 12/18/2020 |
| Creditor: | Central Machining, Inc. |
| | 502 W. 1st North Street |
| | Carlinville, IL 62626 |

Dear Clerk:

    I represent the Creditor, Central Machining, Inc. in the Debtor's, Kranos Corporation Chapter 7 Bankruptcy, Case No. 20-13144-BLS. My client's tools/labor were included in Debtor's equipment.

    My pertinent information is:

David R. Reid
Attorney at Law
Reid Law Office, LLC
2041 W. Iles Avenue, Suite A
Springfield, Illinois 62704
Telephone: (217)546-1001
Email: david@reid-lawoffice.com

Please list me for electronic notices. I am not a member of the Delaware Bar, but I seek participation in this case. Please bill me accordingly.

Very truly yours,

David R. Reid

DRR/cy
Encls. as indicated.

cc:  Kranos Corporation
     710 S. Industrial Drive
     Litchfield, IL 62056

     David M. Klauder
     Bielli & Klauder, LLC
     1204 N. King Street
     Wilmington, DE 19801

     Alfred T. Giuliano
     Giuliano, Miller & Co., LLC
     2301 E. Evesham Road
     Pavillion 800, Suite 210
     Vorhees, NJ 08043