UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| KRANOS CORPORATION, et al., | ) | Case No. 20-bk-013144-BLS |
| | ) | |
| Debtors. | ) | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES**

LaFleur Law Firm gives notice of its appearance as counsel of record for **Mainsail International Corp.** and requests, pursuant to Rules 2002(g) and 9010(b), Federal Rules of Bankruptcy Procedure, that all notices, pleadings or other documents to be served on it be served in care of the undersigned counsel.

**LaFLEUR LAW FIRM**

By /s/ *Nina M. LaFleur*
   Nina M. LaFleur

Florida Bar Number 0107451
P.O. Box 840158
St. Augustine, Florida 32080
(904) 797-7995
nina@lafleurlaw.com

Attorneys for Creditor

**Certificate of Service**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically through CM/ECF on May 17, 2021, 2020, to all parties having appeared electronically in the instant matter.

/s/ *Nina M. LaFleur*

Attorney