# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------x
| | : | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Kranos Corporation | : | Case No. 20-13144 (BLS) |
| | : | |
| Debtor, | : | |

_____

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICE AND PAPERS

**PLEASE TAKE NOTICE** that James E. Huggett of Margolis Edelstein hereby enters an appearance as counsel for Robert Erb, in his personal capacity, ("Erb") in the above-captioned matter pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the undersigned at the address, telephone and facsimile numbers indicated:

> James E. Huggett, Esquire
> Margolis Edelstein
> 300 Delaware Avenue
> Suite 800
> Wilmington, DE 19801
> Tel.: 302-888-1112
> Fax: 302-888-1119
> jhuggett@margolisedelstein.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether

transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that Erb has no intention for this Notice of Appearance, nor any former or later pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which Erb is or may be entitled under agreements, in law or equity, all of which rights, claims, defenses, set-offs, and recoupments Erb expressly reserves.

Dated: June 8, 2021
     Wilmington, DE

/s/ James E. Huggett
James E. Huggett, Esquire (DE ID #3956)
Margolis Edelstein
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
Tel.: 302-888-1112
Fax: 302-888-1119
jhuggett@margolisedelstein.com

*Attorney for Robert Erb, in his personal capacity*