**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 7** |
| | ) | |
| **Kranos Corporation,** | ) | **Case No. 20-13144 (BLS)** |
| | ) | |
| | ) | **Jointly Administered** |
| Debtors. | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, James E. Huggett, hereby certify that on June 8, 2021, I served a copy of the *Entry of Appearance of James E. Huggett, Esquire* on the parties listed on the attached Service List via USPS First Class Mail.

  /s/ James E. Huggett
James E. Huggett (#3956)

**Kranos Corporation, Case No. 20-13144 (KLS)**

<u>2002 List</u>

| | |
|---|---|
| Office of The United States Trustee<br>Benjamin A. Hackman, Esq.<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>Email: benjamin.a.hackman@usdoj.gov | Marc Stephen Casarino<br>White and Williams LLP<br>Courthouse Square<br>600 North King Street, Suite 800<br>Wilmington, DE 19801<br>302-467-4520<br>302-467-4550 (fax)<br>casarinom@whiteandwilliams.com |
| Eric J. Hardeman<br>Paul R. Shankman<br>Fortis LLP<br>650 Town Center Drive<br>Suite 1530<br>Costa Mesa, CA 92626<br>714.839.3800<br>EHardeman@fortislaw.com<br>Pshankman@fortislaw.com | Scott A. Koltun<br>Chesney, Nicholas & Brower, LLP<br>485 Underhill Boulevard<br>Suite 308<br>Syosset, NY 11791<br>516-378-1700<br>516-378-7633 (fax)<br>s.koltun@chesneynicholas.com |
| Nina M. LaFleur<br>LaFleur Law Firm<br>P.O. Box 840158<br>St. Augustine, FL 32080<br>904-797-7995<br>904-797-7996 (fax)<br>nina@lafleurlaw.com | Michael R. Morano<br>McElroy, Deutsch, Mulvaney & Carpenter<br>1300 Mount Kemble Ave.<br>PO Box 2075<br>Morristown, NJ 07962<br>973-425-4174<br>mmorano@mdmc-law.com |
| David R. Reid<br>Reid Law Office, LLLC<br>2041 West Iles Avenue<br>Suite A<br>Springfield, IL 62704<br>217-546-1001<br>david@reid-lawoffice.com | Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760<br>512-447-6675<br>512-443-5114 (fax)<br>austin.bankruptcy@publicans.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>Mary F. Caloway<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: mcaloway@pszjlaw.com | |