# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| KRANOS CORPORATION, et al.,[1] | Case No. 20-13144 (BLS) |
| Debtors. | (Jointly Administered) |
| | **RE: Docket No. __** |

**ORDER GRANTING MOTION OF CREDITORS, NIPPON SIGMAX CO., LTD, A JAPANESE CORPORATION AND SIGMAX AMERICA, INC., A CALIFORNIA CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(d)(1)**

Upon the consideration of the *Motion of Nippon Sigmax Co., Ltd, a Japanese Corporation; Sigmax America, Inc., a California Corporation for Relief from the Automatic Stay Pursuant to Section 362(d)(1)* (the "Motion")[2]; and the Court having found that it has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found venue of this proceeding and the Motion in this district proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion having been sufficient; and after due deliberation thereon, and good and sufficient cause appearing therefore, it is hereby;

**ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to 11 U.S.C. §§ 362(d)(1), the automatic stay is lifted to allow:

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: Kranos Corporation (0195); Field to Field, Inc. (2509); Man in the Arena, Inc. (4753); Kranos RE Corporation (0143); Kranos IP Corporation (0238); Kranos IP II Corporation (8804); Kranos IP III Corporation (4356); Kranos Holding Corporation (5795); Kranos Intermediate Holding Corporation (5814); Kranos Acquisition Corporation (3662); and Kranos Diamond Sports, Inc. (8530).

[2] Capitalized terms not defined herein shall have the meaning ascribed in the Motion.

1

2

a. Movants to add additional appropriate material facts and causes of action to the Sigmax Lawsuit;

b. Movants to add additional Non-Debtor Third-Party Defendants to the Sigmax Lawsuit, as may be deemed appropriate by the Movants, including, but not limited to: a) Mr. James Andrew Stutts, Jr.; b) Schutt Acquisition Co., LLC; c) Innovatus Flagship Fund I, LP; d) Certor Sports, LLC; e) Mr. Kip Meyer; f) Mr. Brandon Fosbinder, Chief Restructuring Officer; g) Novo Advisors, LLC; h) Archer, Attorneys at Law; i) Harrison H.D. Breakstone, Attorney at Law; j) The Hartford Insurance Company; and k) Chubb Group of Insurance Companies; and

c. Movants to conduct written and deposition discovery as may be necessary in the Sigmax Lawsuit as to the Debtor, its former Officers and Directors, including but not limited to Erb, Mr. James Andrew Stutts, Jr., and Mr. Kip Meyer, and as to any and all of the listed potential non-Debtor Third Party Defendants, and any other non-Debtor Third Party Witnesses which may become known as relevant to the Sigmax Lawsuit during said discovery; and

d. Movants can go to Trial and obtain a final, non-appealable judgment in the Sigmax Lawsuit.

3. The fourteen day stay period imposed by Federal Rule of Bankruptcy Procedures 4001(a)(3) is hereby waived with respect to the relief granted herein.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.